Afshin Simon
Law Office of Afshin Simon
6210 Wilshire Blvd., Ste. 211
Los Angeles, CA 90048
(424) 229-9778
siman@simanlawfirm.com

*Attorneys for Plaintiff and the Putative Class*

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Michael Trujillo**, individually and on behalf of all others similarly situated, | No. 5:19-cv-02072-ODW-SP |
| *Plaintiff,* | Hon. Otis D. Wright, II |
| v. | **DECLARATION OF PATRICK H. PELUSO IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** |
| **Free Energy Savings Company, LLC d/b/a Quality Conservation Services**, a Delaware limited liability company, | |
| *Defendant.* | |

I, Patrick H. Peluso, declare as follows:

1. I am a partner with the law firm Woodrow & Peluso, LLC and attorney of record for Plaintiff Michael Trujillo ("Plaintiff"). I am over the age of 18 and, if necessary, can competently testify if required to do so.

2. This case was filed as an alleged class action on October 29, 2019.

3. Defendant Free Energy Savings Company, LLC ("Defendant") was served with Plaintiff's Complaint on November 12, 2019. Defendant's deadline to

DECL. OF PATRICK H. PELUSO ISO
STIPULATION RE: CLASS
CERTIFICATION DEADLINE
- 1 -

answer or otherwise respond to the Complaint was extended, via stipulation, to January 2, 2020. (Dkt. 19.)

4. Therefore, Plaintiff's deadline for moving for class certification is currently February 10, 2020.

5. To date, no discovery has begun in the case, which Plaintiff will require to sufficiently file a Motion for Class Certification. Further, Defendant has not yet responded to the Complaint and, pursuant to this stipulation, will not do so until just over a month before the current deadline to move for class certification. Accordingly, the Parties stipulate that the Court vacate and continue the deadline for Plaintiff to move for class certification at this time. When the Parties file a Case Management Statement, the Parties will first confer and each set forth an appropriate schedule tailored to this case, including new proposed deadlines for a period of class discovery and the filing and briefing of a motion for class certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2019, in Denver, Colorado.

By:    /s/ Patrick H. Peluso
          Patrick H. Peluso