**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Michael Trujillo**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**Free Energy Savings Company, LLC d/b/a Quality Conservation Services**, a Delaware limited liability company,<br><br>*Defendant.* | No.  5:19-cv-02072-ODW-SP<br><br>Hon. Otis D. Wright, II<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** |

[PROPOSED] ORDER GRANTING STIPULATION RE: CLASS CERTIFICATION DEADLINE             - 1 -

1  The Court, having considered the stipulation of Plaintiff Michael Trujillo ("Plaintiff") and Defendant Free Energy Savings Company, LLC ("Defendant") to extend the deadline to file Plaintiff's Motion for Class Certification, the declaration of Patrick H. Peluso in support of the stipulation, and for good cause appearing, hereby orders that Plaintiff's deadline to file his Motion for Class Certification is vacated and counsel for both Parties shall submit a proposed date in their case management statement.

IT IS SO ORDERED.

Date: _____    _____
                                Hon. Otis D. Wright, II
                                United States District Judge