1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Michael Trujillo**, individually and on behalf of all others similarly situated, | No. 5:19-cv-02072-ODW(SP) |
| *Plaintiff,* | Hon. Otis D. Wright, II |
| v. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** |
| **Free Energy Savings Company, LLC d/b/a Quality Conservation Services**, a Delaware limited liability company, | |
| *Defendant.* | |

1   The Court, having considered the stipulation of Plaintiff Michael Trujillo
2   ("Plaintiff") and Defendant Free Energy Savings Company, LLC ("Defendant") to
3   extend the deadline to file Plaintiff's Motion for Class Certification, the declaration
4   of Patrick H. Peluso in support of the stipulation, and for good cause appearing,
5   hereby orders that Plaintiff's deadline to file his Motion for Class Certification is
6   vacated and counsel for both Parties shall submit a proposed date in their case
7   management statement.
8
9   IT IS SO ORDERED.
10
11
12  Date: _December 12, 2019          _____
13                                     Hon. Otis D. Wright, II
                                       United States District Judge