# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRUJILLO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>FREE ENERGY SAVINGS COMPANY, LLC, D/B/A QUALITY CONSERVATION SERVICES,<br><br>   Defendant. | Case No: 5:19-cv-02072-MCS-SP<br><br>Hon. Judge Mark C. Scarsi<br>Hon. Magistrate Judge Sheri Pym<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Court, having read and considered the Stipulated Protective Order filed concurrently herewith, and for the good cause articulated therein, hereby enters the Stipulated Protective Order agreed to by the parties as an Order of this Court.

**IT IS SO ORDERED.**

Dated: October 9, 2020

_____
Honorable Sheri Pym
United States Magistrate Judge