UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.  ED CV19-2072 MCS (SPx)                    Date  December 7, 2020

Title  *Michael Trujillo v. Free Energy Savings Company, LLC*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

Steven L. Woodrow                               Matthew A. Keilson
                                                Ryan D. Watstein

**Proceedings:** **MOTION for Judgment on the Pleadings as to (Count 1) filed by Defendant Free Energy Savings Company, LLC (Dkt. No. [57]); and Motion for Partial Summary Judgment as to Count II filed by Defendant Free Energy Savings Company, LLC (Dkt. No. [58])**

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or rebroadcasting of the proceedings is strictly prohibited.

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

**IT IS SO ORDERED.**