Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Kristapor Vartanian (SBN 275378)
kvartanian@kcozlaw.com
Matthew A. Keilson (*pro hac vice*)
mkeilson@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant Free Energy Savings Company, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREE ENERGY SAVINGS COMPANY, LLC, D/B/A QUALITY CONSERVATION SERVICES,<br><br>Defendant. | Case No: 5:19-cv-02072--MCS-SP<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AS TO COUNT I**<br><br>(*Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc., et al.*)<br><br>Hon. Hon. Mark C. Scarsi<br><br>Compl. Filed: October 29, 2019<br><br>Trial Date: August 24, 2021 |

Defendant Free Energy Savings Company, LLC, D/B/A Quality Conservation Services ("QCS") hereby gives notice of new, persuasive authority that supports its Motion for Partial Judgment on the Pleadings as to Count I (Doc. 57; Doc. 64): *Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc., et al.*, 5:20-cv-00038-JSM-PR, Doc. 74 (M.D. Fla. Dec. 11, 2020), which is attached as Exhibit A. In *Hussain*, Judge James S. Moody, Jr. dismissed the plaintiff's TCPA claim, holding that *Barr v. American Association of Political Consultants*, *Inc.*, 140 S. Ct. 2335 (2020) deprives federal courts of subject matter jurisdiction over alleged violations of the automated-call ban from 2015 to July 6, 2020, because this provision was an unconstitutional content-based restriction during that period, and federal courts are without jurisdiction to enforce unconstitutional statutes. Ex. A at 5-7.

Dated: December 11, 2020

**KABAT CHAPMAN & OZMER LLP**

By: /*s/ Ryan D. Watstein*
    Ryan D. Watstein (*pro hac vice*)
    *Attorney for Defendant*

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I am employed in Los Angeles, California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, CA 90071.

On December 11, 2020, I served the foregoing document on the interested parties to this action by taking the action listed below at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Atlanta, Georgia. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on December 11, 2020, at Los Angeles, California.

/s/ Ryan D. Watstein
Ryan D. Watstein (*pro hac vice*)

# SERVICE LIST

Steven L. Woodrow
Patrick H. Peluso
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

Afshin Siman
Law Office of Afshin Siman
6210 Wilshire Blvd., Ste. 211
Los Angeles, CA 90048
siman@simanlawfirm.com