1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRUJILLO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>FREE ENERGY SAVINGS COMPANY, LLC, D/B/A QUALITY CONSERVATION SERVICES, a Delaware limited liability company,<br><br>   Defendant. | Case No: 5:19-cv-02072-MCS-SP<br><br>**JUDGMENT**<br><br>Complaint Filed: October 29, 2019 |

By Order dated February 25, 2021 (ECF No. 88), this Court granted Defendant Free Energy Savings Company, LLC d/b/a Quality Conservation Services' ("Defendant") Motion for Summary Judgment on Plaintiff Michael Trujillo's ("Plaintiff") remaining Telephone Consumer Protection Act ("TCPA") claim. Specifically, the Court held there was no triable issue of fact as to whether Defendant's software is an automatic telephone dialing system. By Order dated December 21, 2020 (ECF No. 77), the Court granted summary judgment in Defendant's favor on Plaintiff's other TCPA claim, holding that there was no triable issue of fact as to whether Defendant's text messages were telephone solicitations.

**IT IS ORDERED, ADJUDGED, and DECREED THAT**:

Judgment in the above-captioned matter is entered in favor of Defendant and against Plaintiff on all counts. Plaintiff shall take nothing by way of his Complaint. Plaintiff shall pay Defendant's costs for this action pursuant to Federal Rule of Civil Procedure 54(d). Defendant shall submit a bill of costs within fourteen (14) days of entry of this Judgment pursuant to Local Rule 54-2.1. This action is dismissed with prejudice. The Clerk shall close the case.

Dated:  March 11, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE