# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Michael Trujillo

v.

Case Number: 5:19-cv-02072-MCS-SP

Free Energy Savings Company, LLC d/b/a
Quality Conservation Services

Judgment was entered in this action on  3/11/2021  /  90  against  Michael Trujillo  .
                                    Date     Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1):................................................................. | |
| Fees for Service of Process (L.R. 54-3.2): ..................................................... | |
| United States Marshal's Fees (L.R. 54-3.3):................................................... | |
| Transcripts of Court Proceedings (L.R. 54-3.4):............................................... | $514.80 |
| Depositions (L.R. 54-3.5): .................................................................. | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6):.............................................. | |
| Interpreter's Fees (L.R. 54-3.7):.............................................................. | |
| Docket Fees (L.R. 54-3.8): .................................................................. | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9):............. | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): ............... | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): ...................................... | |
| Other Costs - attach court order (L.R. 54-3.12):.............................................. | |
| State Court Costs (L.R. 54-3.13):............................................................. | |
| Costs on Appeal (L.R. 54-4): ................................................................ | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): ........................... | |
| **TOTAL** | $514.80 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[x] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

_____
Signature

Ryan D. Watstein
Print Name

Attorney for:  Defendant Free Energy Savings Company, LLC d/b/a Quality Conservation Services

Costs are taxed in the amount of  _____

_____
Clerk of Court

By: _____
Deputy Clerk

_____
Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation,** *see* **28 U.S.C. § 1821 for statutory fees)**

**Michael Trujillo**

**v.**

**Free Energy Savings Company, LLC
d/b/a Quality Conservation Services**

**Case no. 5:19-cv-02072-MCS-SP**

<u>Transcript of Proceedings</u>

| Date | Description | Amount |
|---|---|---|
| 12/30/2020 | Transcript of proceedings Motion to Stay on 11/02/2020 and Motion for Judgment on the Pleadings 12/07/2020 Court Reporter Miriam V. Baird | $514.80 |
| | | Total: $514.80 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| 1a. Contact Person for this Order | Karen A. Diehl | 2a. Contact Phone Number | 404.400.7317 | 3a. Contact E-mail Address | kdiehl@kcozlaw.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Matthew A. Keilson | 2b. Attorney Phone Number | 404.400.7318 | 3b. Attorney E-mail Address | mkeilson@kcozlaw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Kabat Chapman & Ozmer LLP
171 17th Street, NW
Suite 1550
Atlanta, Georgia 30363

5. Name & Role of Party Represented: Free Energy Savings Company, LLC - Defendant

6. Case Name: Michal Trujillo v. Free Energy Savings Company, LLC

7a. District Court Case Number: 5:19-cv-02072-MCS-SP   7b. Appeals Court Case Number

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam V. Baird

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_caselk@cacd.uscourts.gov.)*

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE *(One per line, but check with court reporter before choosing any type but "ordinary.")*

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF | TEXT / ASCII (email) | PAPER | CONDEN- SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (c) | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/2020 | Scarsi | Hearing re Defendant's Motion to Stay | ● | ● | ○ | ● | ● | ● | ● | 3-Day |
| 12/07/2020 | Scarsi | Hearing re Defendant's Motion for Judgment on the Pleadings | ● | ● | ○ | ● | ● | ● | ● | 3-Day |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date 12/30/2020   Signature /s/ Karen A. Diehl

G-120 (06/18)

G-120 (06/18)

# CENTRAL DISTRICT OF CALIFORNIA TRANSCRIPT ORDER FORM - INSTRUCTIONS

Please use this form to order transcripts of court proceedings. Additional information about ordering transcripts is available on the Court's website at www.cacd.uscourts.gov/court-reporting-services/court-reporterrecorder-transcripts. Before ordering, however, you must check the docket to see if the transcript has already been filed. In addition, if a proceeding was sealed, you must obtain a court order before requesting the transcript. You must also determine which court reporter covered the hearing, or whether it was digitally recorded (many proceedings held before Magistrate Judges are digitally recorded); check the Court Reporter Schedule and the Minutes of the proceeding. Then:

1. Complete a separate G-120 order form for each case number for which transcripts are ordered.
2. Complete a separate G-120 order form for each court reporter who reported proceedings in the case, and one for any digitally recorded proceedings.
3. Complete Items 1-12. Keep a copy of your completed order form for your records.
4. CJA Counsel must submit this form using the Central District's eVoucher system. Otherwise, this form must be e-filed in the Central District's CM/ECF system, except when the order is placed by someone without e-filing privileges or by a non-party. In such cases, e-mail the completed form to the Court Reporting Services Office at either *transcripts_cacd.uscourts.gov* (for court reporter orders) or *courtrecording_cacd.uscourts.gov* (for digitally recorded hearings). E-filers should complete the form, "print to PDF" or scan (first page only) in *LANDSCAPE*, and e-file using either the Civil or Criminal "Transcript Order Form (G-120)" event in CM/ECF.
5. CJA orders will be processed in eVoucher. For other orders, after e-filing the completed G-120 you will receive an email from the Court Reporting Services Office with further instructions.

## ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-12):

**Items 1-3.** In fields 1a, 2a, & 3a, please provide the contact name and information for the person responsible for ordering the transcript. In a law office, this may be a paralegal or administrative assistant, not the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info, if the attorney is not the contact person.

**Item 5.** Include both the name and role of the ordering party (i.e., "Defendant John Smith"). May be left blank if order is being placed by a non-party.

**Item 7a.** Only one case number may be listed per order.

**Item 8.** Refer to the Minutes of the proceeding to determine whether the hearing was digitally recorded ("CS" or "CourtSmart") or transcribed by a court reporter. If the Minutes read "MINUTES (IN CHAMBERS)," this means no proceeding was held, no recording was made, and no court reporter was present, so no transcript exists. If no Minutes have been filed, contact the judge's courtroom deputy (list here). *If the Minutes indicate the proceeding was sealed, you need a court order to get the transcript.* NOTE: a court order specifically authorizing transcripts is required before transcripts may be ordered *in forma pauperis.*

**Item 9.** Check appeal OR non-appeal AND criminal OR civil. You may also check one of the other boxes if applicable. NOTE: A court order specifically authorizing transcripts is required before transcripts may be ordered *in forma pauperis.*

**Item 10a.** List specific date(s) of the proceeding(s) for which transcript is requested. Under "Proceeding Type/Portion," indicate briefly what type of proceeding it was, such as "motion hearing," "sentencing," or "trial." A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing.

**Item 10b.** Select desired FORMAT(S) for transcript. There is an additional charge for each format ordered.

**Item 10c.** For each proceeding, you must either provide the Release of Transcript Restriction date or mark the circle to certify that no transcript has yet been e-filed.

**Item 10d.** Seven DELIVERY TYPES are available. Times are computed from date payment is satisfied (or, for government orders, the DCN number received). NOTE: Fully prepaid delivery time starts when payment is received. NOTE: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for an expedited transcript is not completed and delivered within 7 calendar days, the 14-day *delivery* rate would be charged. Visit www.cacd.uscourts.gov/court-reporting-services/court-reporterrecorder-transcripts for rates.

**TRANSCRIPT DELIVERY TIMES** *(For anything other than "Ordinary" delivery, you must check with the court reporter first to see if the option is available.)*

    **ORDINARY** — 30 calendar days.

    **14-DAY** — 14 calendar days.

    **EXPEDITED** — 7 calendar days.

    **3-DAY** — 3 calendar days.

    **DAILY** (NEXT DAY) — To be delivered the next calendar day whether or not actually a court day,

    prior to the normal opening hour of the Clerk's Office.

    **HOURLY** (SAME DAY) — Within two (2) hours.

    **REALTIME** — A draft unedited transcript produced by a certified realtime reporter as a byproduct of

    realtime to be delivered electronically during proceedings or immediately following receipt of the order.

**Item 11.** CJA Counsel must explain why special requests are necessary to the representation. Special requests include opening statements, closing arguments, voir dire, or jury instructions; transcripts for use in proceedings other than appeals; transcripts of proceedings involving only a co-defendant; requests for expedited handling; and requests covered by Section 14 of the CJA-24 Voucher.

**Item 12.** Sign and date in this space to certify that you will either pay all charges (the deposit plus any additional charges) or promptly take all steps necessary to secure payment under the CJA. An electronic or conformed (/s/) signature is acceptable.

 Gmail

Karen Diehl ███████████████

---

## You paid Miriam Baird $514.80
1 message

**Venmo** <venmo@venmo.com>                                    Mon, Jan 4, 2021 at 1:27 PM
Reply-To: Venmo No-reply <no-reply@venmo.com>
To: ████████████████

**You** paid **Miriam Baird**

Pre-payment for hearing
transcripts. Trujillo v Free Energy,
case no. 5:19-cv-02072

Transfer Date and Amount:
Jan 04, 2021 PST · 🔒 - $514.80

Like          Comment

---

Charged to your Visa debit card ending in 5951,
and will appear as "VENMO" on your card's billing
statement.

Payment ID: 3179424006344278944

---

Invite Friends!

---

For any issues, including the recipient not receiving
funds, please contact us at support@venmo.com or call
1-855-812-4430.

See our disclosures for more information.

This payment will be reviewed for compliance with our
User Agreement and if we determine that there is a
violation by either party, it may be reversed or your
ability to transfer to your bank account may be
restricted.

Venmo is a service of PayPal, Inc., a licensed
provider of money transfer services. All money
transmission is provided by PayPal, Inc. pursuant
to PayPal, Inc.'s licenses.

PayPal is located at
2211 North First Street, San Jose, CA 95131

For security reasons, you cannot unsubscribe from
payment emails.